In the Matter of ROCHESTER GAS & ELECTRIC CORPORATION, Petitioner, v. STATE TAX COMMISSION, Respondent. In the Matter of THE BROOKLYN UNION GAS COMPANY, Petitioner, v. STATE TAX COMMISSION, Respondent.— REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.